UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:
RUIZ, ISMAEL D

                    Case No.        <u>13-18106 RAM</u>
                                         (Chapter 7)

          Debtor  /

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

      The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

      The dividend checks were mailed to creditors on April 27, 2015. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

Dated: April 27, 2015

                                                  */s/ Robert A. Angueira*
                                                  Robert A. Angueira, Trustee
                                                  Robert A. Angueira
                                                  6495 S.W. 24th Street
                                                  Miami, FL  33155
                                                  (305) 263-3328

Printed: 04/27/15 01:25 PM      **Claims Distribution Register**      Page: 1

**Case: 13-18106    RUIZ, ISMAEL D**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/10/13 | 200 | Robert A. Angueira<br>6495 S.W. 24th Street<br>Miami, FL 33155<br><2100-00  Trustee Compensation> | 2,750.00 | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
| | 04/10/13 | 200 | Robert A. Angueira, PA<br>6495 SW 24 Street<br>Miami, FL 33155<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 2,383.50 | 2,383.50 | 2,383.50 | 0.00 | 0.00 |
| | 04/10/13 | 200 | Robert A. Angueira, PA<br>6495 SW 24 Street<br>Miami, FL 33155<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)> | 218.25 | 218.25 | 218.25 | 0.00 | 0.00 |
| | 04/10/13 | 200 | Robert A. Angueira<br>6495 S.W. 24th Street<br>Miami, FL 33155<br><2200-00  Trustee Expenses> | 19.25 | 19.25 | 19.25 | 0.00 | 0.00 |
| | | | **Total for Priority 200:  100% Paid** | **$5,371.00** | **$5,371.00** | **$5,371.00** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$5,371.00** | **$5,371.00** | **$5,371.00** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/31/13 | 610 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328<br><7100-00  General Unsecured § 726(a)(2)> | 8,517.52 | 8,517.52 | 7,647.81 | 869.71 | 0.00 |
| 2 | 10/21/13 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 6,918.76 | 6,918.76 | 6,212.29 | 706.47 | 0.00 |
| | | | **Total for Priority 610:  89.78912% Paid** | **$15,436.28** | **$15,436.28** | **$13,860.10** | **$1,576.18** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$15,436.28** | **$15,436.28** | **$13,860.10** | **$1,576.18** | **$0.00** |
| | | | **Total for Case :** | **$20,807.28** | **$20,807.28** | **$19,231.10** | **$1,576.18** | **$0.00** |